RECEIVED
MAY 23 2000
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ADVANCED UROSCIENCE, INC., a Minnesota corporation,

Plaintiff,

-against-

INAMED CORPORATION, a Delaware corporation, MCGHAN MEDICAL CORPORATION, a California corporation, COLLAGEN AESTHETICS, INC., a Delaware corporation,

Defendants.

Civil Action No.: ~~00-55 (ADM/ASF)~~
00-58 ADM|AJB

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

Plaintiff Advanced Uroscience, Inc. and Defendants Inamed Corporation, McGhan Medical Corporation, and Collagen Aesthetics, Inc., through their respective counsel and subject to the approval of the Court, HEREBY STIPULATE AND AGREE that:

1. The time for Defendants to answer, move or otherwise plead in response to the Complaint shall be extended to June 22, 2000.

Dated: May 22, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: [signature]
Ronald J. Schultz (#130849)
Ann N. Cathcart (#284865)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

Attorneys for Plaintiff
ADVANCED UROSCIENCE, INC.

NY2:#4361584v1

FILED MAY 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: May 22 2000

MERCHANT & GOULD

By: ______________________
Alan G. Carlson (# )
Timothy A. Lindquist (#245318)
3100 Norwest Ctr.
90 S. Seventh St.
Minneapolis, MN 55402-4131
(612) 332-5300

Of Counsel:
MILBANK, TWEED, HADLEY & McCLOY LLP

By: ______________________
Christopher E. Chalsen
Lawrence T. Kass

1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Attorneys for Defendants
INAMED CORPORATION, MCGHAN MEDICAL CORPORATION, and COLLAGEN AESTHETICS, INC.

**So Ordered**

______________________
**Hon. ANN D. MONTGOMERY**
**United States District Court**
5/22/00

NY2:#4361584v1