UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ADVANCED UROSCIENCE, INC., a Minnesota corporation,

Plaintiff,

-against-

INAMED CORPORATION, a Delaware corporation, McGHAN MEDICAL CORPORATION, a California corporation, COLLAGEN AESTHETICS, INC., a Delaware corporation,

Defendants.

Civil Action No.: 00-58 (ADM/AJB)

**STIPULATION AND ORDER DISMISSING COUNT 1 OF PLAINTIFF'S COMPLAINT AND ENTERING COVENANT NOT TO SUE**

Plaintiff Advanced UroScience, Inc. and Defendants Inamed Corporation, McGhan Medical Corporation,* and Collagen Aesthetics, Inc.,* through their respective counsel and subject to the approval of the Court, HEREBY STIPULATE AND AGREE that:

1. Inamed Corporation, McGhan Medical Corporation and Collagen Aesthetics, Inc., covenant not to sue Advanced UroScience, Inc., under U.S. Patent No. 5,204,382 for infringement by Durasphere™ as it is presently formulated, or as it may otherwise be formulated without collagen, and covenant not to cooperate with others in suing Advanced UroScience for same, except as may be required by law, court order, or existing contract, in view of paragraph 2 herein.
2. Count 1 of the Complaint filed January 11, 2000, is dismissed for lack of case or controversy in view of paragraph 1 herein.

* Wholly owned by Inamed Corporation.

NY2:#4371734

FILED JUL 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

Dated: July 21, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Ronald J. Schultz (#130849)
Ann N. Cathcart (#284865)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

Attorneys for Plaintiff
ADVANCED UROSCIENCE, INC.

Dated: July 20, 2000

MERCHANT & GOULD

By: ______________________
Alan G. Carlson (#14,801)

3100 Norwest Ctr.
90 S. Seventh St.
Minneapolis, MN 55402-4131
(612) 332-5300

Of Counsel:
MILBANK, TWEED, HADLEY & McCLOY LLP

By: ______________________
Christopher E. Chalsen
Lawrence T. Kass

1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Attorneys for Defendants
INAMED CORPORATION,
McGHAN MEDICAL CORPORATION, and
COLLAGEN AESTHETICS, INC.

**So Ordered**

______________________ 7/26/00
**ANN D. MONTGOMERY**
**United States District Judge**

Dated: July 20, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Ronald J. Schultz (#130849)
Ann N. Cathcart (#284865)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

Attorneys for Plaintiff
ADVANCED UROSCIENCE, INC.

Dated: July __, 2000

MERCHANT & GOULD

By: ______________________
Alan G. Carlson (#14,801)

3100 Norwest Ctr.
90 S. Seventh St.
Minneapolis, MN 55402-4131
(612) 332-5300

Of Counsel:
MILBANK, TWEED, HADLEY & McCLOY LLP

By: ______________________
Christopher E. Chalsen
Lawrence T. Kass

1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Attorneys for Defendants
INAMED CORPORATION,
McGHAN MEDICAL CORPORATION, and
COLLAGEN AESTHETICS, INC.

**So Ordered**

______________________
**ANN D. MONTGOMERY**
**United States District Judge**