UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ADVANCED UROSCIENCE, INC.,

Plaintiff,

v.

INAMED CORPORATION, ET AL.,

Defendants.

Civil No. 00-58 ADM/AJB

AMENDED PRETRIAL SCHEDULING ORDER

---

Whereas, the Court has been made aware of an error in the pretrial scheduling order dated September 6, 2000,

Now therefore, it is hereby ordered that the pretrial scheduling order is hereby amended as follows:

Trial

1. This case shall be ready for a Jury trial on **February 1, 2002**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Except as amended herein, the Court's pretrial scheduling order dated September 6, 2000, remains in full force and effect.

Dated: 9/12/00

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed SEP 12 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________