UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ADVANCED UROSCIENCE, INC., a Minnesota corporation,

Plaintiff-Counterdefendant,

vs.

INAMED CORPORATION, a Delaware corporation, MCGHAN MEDICAL CORPORATION, a California corporation, COLLAGEN AESTHETICS, INC., a Delaware corporation,

Defendants-Counterclaimants.

Case No. 00-CV-58 ADM/AJB

**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS SHALL SERVE AND FILE THEIR CLAIM CHART, PURSUANT TO THE PRETRIAL SCHEDULING ORDER DATED SEPTEMBER 6, 2000**

Plaintiff Advanced UroScience, Inc. and Defendants Inamed Corporation, McGhan Medical Corporation, and Collagen Aesthetics, Inc., through their respective counsel, HEREBY STIPULATE AND AGREE that the time within which Defendants must serve and file their Claim Chart pursuant to the Pretrial Scheduling Order dated September 6, 2000, shall be extended to October 13, 2000.

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: ______________________
Ronald J. Schutz (130849)
Ann N. Cathcart (284865)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
ATTORNEYS FOR PLAINTIFF ADVANCED UROSCIENCE, INC.

DATED: October ___, 2000

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Stanley E. Siegel, Jr. (199552)
John J. Wackman (251884)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7944
ATTORNEYS FOR DEFENDANTS INAMED CORPORATION, McGHAN MEDICAL CORPORATION, and COLLAGEN AESTHETICS, INC.

DATED: October 4, 2000

FILED OCT 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

MILBANK, TWEED, HADLEY & McCLOY, LLP

Christopher E. Chalsen
Parker H. Bagley
Lawrence T. Kass
Chris L. Holm
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

ATTORNEYS FOR DEFENDANTS INAMED CORPORATION, McGHAN MEDICAL CORPORATION, and COLLAGEN AESTHETICS, INC.

**ORDER**

Pursuant to the foregoing Stipulation, the time within which Defendants shall serve and file their Claim Chart pursuant to the Pretrial Scheduling Order dated September 6, 2000, is extended to October 13, 2000.

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

DATED: 10/5, 2000