ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

ADVANCED UROSCIENCE, INC., a Minnesota corporation,

Plaintiff,

v.

INAMED CORPORATION, a Delaware corporation, McGHAN MEDICAL CORPORATION, a California corporation, COLLAGEN AESTHETICS, INC., a Delaware corporation,

Defendants.

---

Civil Action No. 00-58 (ADM/AJB)

**STIPULATED DISMISSAL**

**THIS MATTER** having been brought before the Court, Plaintiff Advanced UroScience, Inc. (now known as Carbon Medical Technologies, Inc.) and Defendants Inamed Corporation, McGhan Medical Corporation, and Collagen Aesthetics, Inc., through their respective counsel, pursuant to the SETTLEMENT AGREEMENT, RELEASE, AND LICENSE dated November 30, 2000 (the "Agreement"), HEREBY STIPULATE AND AGREE to the dismissal of this action with prejudice, subject to the provisions, terms, and conditions of the Agreement.

JAN 0 5 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: November 30, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Ronald J. Schutz (#130849)
Ann N. Cathcart (#284865)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

Attorneys for Plaintiff
ADVANCED UROSCIENCE, INC. (now known as CARBON MEDICAL TECHNOLOGIES, INC.)

Dated: November 30, 2000

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By: ______________________
John J. Wackman (#251884)

333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7944

MILBANK, TWEED, HADLEY & McCLOY LLP

1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

Attorneys for Defendants
INAMED CORPORATION
McGHAN MEDICAL CORPORATION, and
COLLAGEN AESTHETICS, INC.

**SO ORDERED.**

BY THE COURT:

ANN D. MONTGOMERY
U.S. District Court Judge

Dated: this 5th day of
January, 2001.